UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

1533 Cadillac Blvd., LLC,

    Plaintiff,

v.                                                      Case No. 19-11371
                                                     Honorable Victoria A. Roberts

Cadillac Nursing Home, Inc.,
d/b/a St. Francis Nursing Center,
a Michigan Corporation, et al.,

    Defendants.
_____/

## **DEFAULT JUDGMENT TO QUIET TITLE**

The Court granted the Motion for Default Judgment filed by 1533 Cadillac Bvld., LLC against the City of Detroit, Ability Insurance Company, and Riverbank Convalescent Home, Inc.

Accordingly, the Defendants City of Detroit, Ability Insurance Company, and Riverbank Convalescent Home, Inc., interests in the property legal described as:

> Lots 7, 8, 9 and 10 of BRANDON'S SUBDIVISION, according to the plat thereof recorded in Liber 9 of Plats, Page 32 of Wayne County Records, Tax Parcel No.: 005475-7/Ward 19;

Commonly known as: 1533 Cadillac, Detroit, MI 48214 (the "Property"), are extinguished.

This Judgment is to be recorded with the Register of Deeds.

This Judgment does not resolve the last pending claim and the case remains open.

**IT IS ORDERED**.

                                                              s/ Victoria A. Roberts  
                                                              Victoria A. Roberts  
                                                               United States District Judge

Dated: 8/26/19